**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                    )<br>       Plaintiff,             )<br>                    )<br>vs.                   )<br>                    )<br>Elizabeth Ortega,            )<br>                    )<br>       Defendant.             )<br>_____) | **07-7101M-001**<br><br>**MATERIAL WITNESS ORDER** |

    Defendant, Elizabeth Ortega having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii) and the Magistrate Judge having determined from the affidavit of Rodney B. Sharff filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the complaint:

        Pablo Martinez-Ramirez

        Jose Ramirez-Pacheco

    The Magistrate Judge finds that it may become impracticable to secure the presence of the witness(es) by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

    IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal.  The witness(es) shall be afforded a reasonable opportunity for private consultation with counsel.

DATED this 11th day of April, 2007.

_____
Edward C. Voss
United States Magistrate Judge